IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THEODORE LOPEZ-ZAVALA | § | |
|     TDCJ-CID #1131095 | § | |
| V. | § | C.A. NO. C-06-33 |
| | § | |
| DOUGLAS DRETKE | § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed by a state prisoner incarcerated at TDCJ-CID's McConnell Unit in Beeville, Texas (D.E. 1). Petitioner states that he was convicted and sentenced on October 4, 2002 in the Criminal District Court No. 2 in Dallas County, Texas.

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); Wadsworth v. Johnson, 235 F.3d 959 (5th Cir. 2000). Petitioner is incarcerated in Bee County, Texas, which is located in the Corpus Christi Division of the Southern District of Texas, 28 U.S.C. § 124(b)(6), and he was convicted by a court located in the Dallas Division of the Northern District of Texas. 28 U.S.C. § 124(a)(1).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). Because petitioner was convicted in Dallas County, it is more convenient for the action to be handled in the Dallas Division of the Northern District of Texas. The records of his conviction, the prosecutor and defense lawyer, and the witnesses are all located in the Dallas Division of the Northern District of Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Northern District of Texas, Dallas Division.

ORDERED this 6th day of February, 2006.

.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE